PROB 35                                                    Report and Order Terminating Probation/
(Rev. 4/81)                                  Supervised Release Prior to Original Expiration Date

# United States District Court

## For The

## District of New Jersey

UNITED STATES OF AMERICA

      V.                                                             Crim. No.  03-CR080-01

Lawrence Cuzzi

      On August 30, 2005, the above named was placed on probation for a period of three years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

                                                             Respectfully submitted,

                                                            U.S. Probation Officer
                                                            Leslie M. Vargas

## ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

      Dated this 26th Day of March, 2007

                                                             United States District Judge